UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARTHUR RAY DEERE, | |
|---|---|
| Plaintiff, | Case No. 16-cv-03365-KAW (PR) |
| V. | |
| CDC MEDICAL STAFF, et al., | **ORDER OF TRANSFER** |
| Defendants. | |

    Plaintiff Arthur Ray Deere, a state prisoner incarcerated at the Mule Creek State Prison ("MCSP") in Ione, California, has filed a civil rights action under 42 U.S.C. § 1983 asserting lack of medical care for his Hepatitis C infection by MCSP medical staff and by "California Department of Corrections Medical Policy Making Staff for Treatment."

    When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

    The conduct regarding Plaintiff's medical treatment and the implementation of the medical policy alleged in Plaintiff's complaint occurred at MCSP, which is located in the Eastern District of California. The medical treatment policy was made in Sacramento, which is located in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b).

1  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is
2  TRANSFERRED to the United States District Court for the Eastern District of California.  The
3  Clerk of the Court shall terminate all motions and transfer the case forthwith.
4  IT IS SO ORDERED.
5  Dated: July 20, 2016

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE